## United States District Court

for

## Middle District of Alabama

RECEIVED

2008 DEC 19 P 2: 54

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Tyrone Pleasant             Case Number: 3:08cr00158-MHT

Name of Sentencing Judicial Officer: The Honorable David F. Levi, U.S. District Judge (Eastern District of California); jurisdiction of case accepted in the Middle District of Alabama on June 2, 2008

Name of Reassigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: June 7, 2007

Original Offense: Bank Fraud

Original Sentence: Time served; 3 years supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: June 7, 2007

Assistant U.S. Attorney: Unassigned                 Defense Attorney: Unassigned

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. #1–<u>Mandatory Condition No. 1</u>**: "The defendant shall not commit another federal, state, or local crime." | On May 8, 2008, Pleasant was arrested by the Columbus, Georgia Police Department for Financial Transaction Card Fraud (10 counts) and Financial Transaction Card Theft (2 counts). |
| | On December 1, 2008, Pleasant pled guilty to Transaction Card Fraud (7 counts). He was sentenced to confinement for a period of 3 years on counts 3,6,&7 to run concurrent to each other. He was sentenced to 3 years supervised probation on counts 8,9,11, &12, to run consecutive to count 3 and concurrent to each other. Upon service of one year, the remainder of the balance may be served on probation. Additionally, Pleasant was ordered to pay a probation fee of $32.00, crime lab fee of $50.00, and restitution in the amount of $7,857.74. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   Modify the conditions of supervised release as follows

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ December 19, 2008 _____

/s/ Donnelle Thompson
Donnelle Thompson
U. S. Probation Officer

Reviewed and approved: /s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

U. S. District Judge

Date