IN THE UNITED STATES DISTRICT COURT FOR
THE MIDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:08CR158-MHT |
| | ) | |
| BRIAN TYRONE PLEASANT | ) | |

ORDER

It is ORDERED that a supervised release revocation hearing is hereby set for Wednesday, 10/14/2009 at 10:00 a. m., Frank M. Johnson, Jr. Federal Building and U. S. Courthouse Annex, 1 Church Street, Montgomery, Alabama, in courtroom 2-D before the undersigned.

It is further ORDERED that the person or persons having custody of the defendant, shall produce him for this hearing.

DONE this, the 2nd Day of October, 2009.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR U. S. DISTRICT JUDGE