IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:08-0158-MHT |
| | ) | |
| BRIAN TYRONE PLEASANT | ) | |

### ORDER OF DETENTION PENDING SENTENCING

On August 24, 2010, Bryan Tyrone Pleasant, a convicted felon under supervision, appeared with appointed counsel, Assistant Federal Defender John A. Polombi, for an initial appearance, pursuant to Fed. R. Crim. P. 32.1, following his arrest for alleged violations of his conditions of supervised release. Assistant United States Attorney Kent Brunson appeared for the Government. At his initial appearance and on advice of counsel, Defendant Pleasant chose to waive a preliminary hearing and to make oral argument only as to detention. The Court credits the testimony of the Probation Officer that Defendant Pleasant has essentially absconded from supervision. Accordingly, it is

**ORDERED** that the oral Waiver of Preliminary Hearing is **GRANTED** and that Defendant Pleasant be hereby remanded to the custody of the United States Marshal pending the final revocation hearing before the United States District Judge

DONE THIS 24th day of August, 2010.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE