✎PROB 35  
(Rev. 5/01)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  3:08CR158-MHT |
| BRIAN TYRONE PLEASANT | |

On   September 9, 2010   the above named was placed on supervised release for a period of   35   months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Donnelle Thompson  
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   17th   day of   August  , 20  12  .

/s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE